# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JANET HOYT,

    Plaintiff,

v.                                                  Case No. 3:21-cv-699-TJC-LLL

FIRST COAST ENERGY, L.L.P.,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 15), filed on September 15, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of September, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record